IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BRAGGS, | No. C 09-01936 SBA (PR) |
|     Petitioner, | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| DERRELL G. ADAMS, Warden, | |
|     Respondent. / | |

    Petitioner, a prisoner of the State of California, filed a document with the Court in the instant case, which was opened as a habeas corpus action. On the same day the action was filed the Clerk of the Court sent a notice to Petitioner informing him that his action could not go forward until he filed with the Court a 28 U.S.C. § 2254 habeas petition form, completed in full, within thirty days or his action would be dismissed. He was also sent another notice directing him to either pay the filing fee or filed a completed prisoner's in forma pauperis application. The Clerk of the Court sent Petitioner a blank in forma pauperis application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed.

    On July 7, 2009, the Clerk sent a second notice to Petitioner giving him an extension of time to respond to the previously-sent notices. He was directed to do so within thirty days or his action would be dismissed.

**United States District Court**
For the Northern District of California

1  Thereafter, Petitioner filed an <u>in forma pauperis</u> application; however, he did not file his petition.

2  More than thirty days have passed, and Petitioner has not filed a petition or otherwise communicated with the Court. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Because the Court has already provided Petitioner with an opportunity to correct the deficiencies in his initial filing, the Court does not grant leave to amend.

3  The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case.

IT IS SO ORDERED.

DATED: 9/4/09

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.09\Braggs1936.Dism-NOpetition.wpd

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
2  FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA
4
5
6  GEORGE BRAGGS,                               Case Number: CV09-01936 SBA
7           Plaintiff,                          **CERTIFICATE OF SERVICE**
8    v.
9  / et al,
10          Defendant.                                /
11

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 9, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

George Braggs F-49725
California State Prison
P.O. Box 29-0066
Represa, CA 95671-0066

Dated: September 9, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.09\Braggs1936.Dism-NOpetition.wpd